UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Pamela Jackson,                     File No. 4:23-cv-12028-FKB-DRG

Plaintiff,                          Hon. F. Kay Behm

v.

Sheril Hurt, an individual;

What's in Your Cup Juice and
Smoothie Café, LLC,  a Michigan
limited liability corporation;

Defendants.

_____/

| | |
|---|---|
| Anthony Adams (P33695) | Jillvonnie M. Flowers (P47711) |
| MARINE ADAMS LAW PC | Jillvonnie M. Flowers PC |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| 21 Kercheval Avenue, Suite 225 | 2101 W. Lafayette Blvd., Suite 306 |
| Grosse Pointe Farms, Michigan 48236 | Detroit, Michigan 48216 |
| (313) 961-5535; Fax (313) 961-9897 | (313) 623-7550 |
| aadams@marineadamslawpc.com | jmflowerspc@aol.com |

_____/

**<u>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S
MOTION FOR SANCTIONS, APPOINTMENT OF A RECEIVER, AND
COMPELLING SANCTIONS AGAINST DEFENDANT SHERIL HURT</u>**

1

This matter, having come before the Court on Plaintiff's Motion for Sanctions and Cost, and the oral arguments and objections having been heard, and the Court being otherwise informed on the premises;

**IT IS HEREBY ORDERED** that the appointment of a Receiver is **DENIED**.

**IT IS FURTHER ORDERED** that the request for sanctions and costs against Defendants is **GRANTED**.

**IT IS FURTHER ORDERED** that within 7 days of this order, Defendants shall produce the following information:

- Identification of bank accounts in the name of Defendants, along with contact information so that proper service of subpoenas can be effectuated. If no such bank accounts exist, Defendants are to execute affidavits under penalty of perjury attesting that no such bank accounts exist.
- A copy of Defendant Hurt's driver's license or state identification under  protective order to be used only for purpose of discovery of assets only
- Title Registration for all automobiles owned by the Defendants
- Copy of lease for residence at 2750 Southwest, 116th Avenue Apt 220 Miramar, Florida 33025
- Name and contact information for personal and business accountants
- Copy of utility bills for the residence and or business either operated or under development by Defendants
- Copy of any renter's insurance agreement for the residence
- Copy of business registration for all corporations in Florida in which the Defendants have an interest
- Copy of Defendants' last tax returns, to be produced under protective order
- Copy of commercial lease for space identified in Defendant's deposition
- Copy of any insurance agreement for lease identified in Defendant's deposition

2

- Copy of insurance claim(s) for commercial lease identified in Defendant's creditor's examination
- Pictures documenting claim made for the commercial lease identified in Deposition
- Copy of adjuster's analysis of possible recovery
- Name and contact information of adjuster handling claim for the entity
- Cell phone bill records including Metro PCS—provide evidence of payment of Metro PCS bill
- Identify all phone numbers owned or used by Defendants

**SO ORDERED**.

Date: June 2, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge